Wayne Charles
80 West 120th Street
New York, N.Y. 10027
Telephone: (212) 996-6634

RECEIVED
SDNY PRO SE OFFICE
2016 JAN 26  PM 2: 05

January 21. 2016

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2016
```

RE: Wayne Charles and Wayne Charles II v. Lee A. Pollock, Pollack & Maguire, LLP,
    Richard Levitt, Nicholas Kaizer, Levitt & Kaizer; Paul a. Shneyer, Glenda Charles;
    Index No. 15 CV 9758

Dear Judge Furman:

I am writing this in response to a letter to you from Lee A. Pollock of Pollock & Maguire, LLP dated January 8, 2016 regarding the above captioned case which I filed *pro se*.

With regard to service of process, I have no problem consenting to bringing the deadline to respond to my Complaint by all captioned defendants to March 8, 2016.

With regard to Mr. Pollock's request that my case before you which I filed *pro se*, be considered related to a case before Judge Englemayer (15 CV 09334) that was filed by counsel and transferred to Judge Englemayer as per his interpretation of Rule 13 of the Rules for the Division of Business Among Judges, I strongly oppose this request as per Rule 13 (2)Limitations on General Rule (A) Civil cases shall not be deemed related merely because they involve common legal issues or the same parties.

Thank you for your consideration in this matter.

Respectfully submitted,

Wayne Charles

1/27/16

This case has already been reassigned to this Court. The Court notes that there is "substantial factual overlap" with 15 Civ. 9334, and the interests of justice and efficiency will be served by treating the cases as related.

SO ORDERED:

Paul A. Engelmayer

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE