UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
WAYNE CHARLES
WAYNE CHARLES II,

                                  Plaintiffs,

                    -against-

LEE A. POLLOCK; POLLOCK & MAGUIRE, LLP
RICHARD LEVITT; NICHOLAS KAIZER;
LEVITT & KAIZER; PAUL A. SCHNEYER;
GLENDA CHARLES,

                                  Defendants.
-------------------------------------------------------------x

**Civ. Action No**: 15-cv-9758 (PAE)
(*Rel.* 15-cv-09334, 15-cv-08283)

Hon. Paul A. Engelmayer, U.S.D.J

# NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM AND LACK OF SUBJECT MATTER JURISDICATION

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) and upon the accompanying Memorandum of Law and the Declaration of Peter S. Dawson and the exhibit annexed thereto, and all other papers and proceedings herein, Defendants Lee A. Pollock, Pollock & Maguire, LLP, Levitt & Kaizer, Richard Levitt, and Nicholas Kaizer will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Courthouse for the Southern District of New York, 40 Foley Square,

New York, New York 10007 on the 1st day of April 2016, or at a date and time to be determined by the Court, for an Order dismissing the Complaint in this action.

Dated: White Plains, New York
       February 19, 2016

**POLLOCK & MAGUIRE, LLP**

By: /s/ *Peter S. Dawson*
    Peter S. Dawson (PD1618)
    pdawson@pollock-maguire.com

By: /s/ *Lee A. Pollock*
    Lee A. Pollock (LP7192)
    lpollock@pollock-maguire.com
*Pro Se for Pollock & Maguire, LLP and Lee A. Pollock and attorneys for Defendants Levitt & Kaizer, Richard Levitt, and Nicholas Kaizer*
4 West Red Oak Lane, Suite 302
White Plains, New York 10604
(914) 251-1525

**TO:** Wayne Charles
*Pro Se*
80 West 120th Street
New York, New York 10027

Wayne Charles, II
*Pro Se*
7 Balint Drive #624
Yonkers, New York 10710

Paul T. Shoemaker
Greenfield, Stein & Senior, LLP
*Attorneys for Glenda Charles*
600 Third Avenue
New York, New York 10016
pshoemaker@gss-law.com

Aimee Patrice Levine
The Law Office of Aimee P. Levine
*Attorney for Paul A. Shneyer (named solely in his capacity as receiver)*
5 Columbus Circle, Suite 710
New York, New York 10019
alevine@alevinelaw.com