Wayne Charles
80 West 120th Street
New York, N.Y. 10027
Telephone: (212) 996-6634

March 29, 2016

Honorable Jesse M. Furman,
United States District Judge
United States District Court
40 Centre Street, Room 2202
New York, N.Y. 10007

RE: Wayne Charles, Wayne Charles II v. Lee A Pollock, Pollock & Maguire, LLP,
Richard Levitt, Nicholas Kaiser, Levitt & Kaiser, Paul A Shneyer, Glenda Charles
Index # 15 CV 9758

Dear Judge Furman:

We the plaintiffs are asking for an extension of time to reply to the defendants Motions to Dismiss the Complaint in the above referenced case. The original date requested by the defendants is April 4, 2016. We have never requested an extension of time in this case.

Thank you for your consideration in this matter.

Respectfully,

Wayne Charles
Pro Se

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 29 PM 3:50
S.D. OF N.Y.