Wayne Charles
80 West 120th Street
New York, N.Y. 10027
Telephone: (212) 996-6634

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2016
```

March 29, 2016

Honorable ~~Jesse M. Furman~~ *Paul A. Engelmayer*,
United States District Judge
United States District Court
40 Centre Street, Room 220~~2~~ *1*
New York, N.Y. 10007

RE: Wayne Charles, Wayne Charles II v. Lee A Pollock, Pollock & Maguire, LLP,
    Richard Levitt, Nicholas Kaiser, Levitt & Kaiser, Paul A Shneyer, Glenda Charles
    Index # 15 CV 9758

Dear Judge ~~Furman~~ *Engelmayer*:

We the plaintiffs are asking for an extension of time to reply to the defendants Motions to Dismiss the Complaint in the above referenced case. The original date requested by the defendants is April 4, 2016. We have never requested an extension of time in this case.

Thank you for your consideration in this matter.

Respectfully,

Wayne Charles
Pro Se

*3/30/16*

After defendants moved to dismiss, plaintiffs were directed to either file an Amended Complaint or an opposition to the motions to dismiss by March 11, 2016. Dkt. 22. To date, they have done neither. This deadline is hereby extended to April 6, 2016.

**SO ORDERED:**

*Paul A. Engelmayer*
─────────────────────────
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 29 PM 3:50
S.D. OF N.Y.