**Wayne Charles**
80 West 120th Street
New York, N.Y. 10027
Telephone: (212) 996-6634

RECEIVED
SDNY PRO SE OFFICE

2016 JUN 21   AM 11: 30

S.D. OF N.Y.

June 20, 2016

Honorable Paul A. Engelmayer
United States District Judge
United States District Court, Southern District
Of New York, Room 2201
40 Foley Square
New York, N.Y. 10007

RE: Charles and Charles II v. Lee A. Pollock, Levitt & Kaizer
    and Nicholas Kaizer et al; 15-cv-9758(PAE)

Dear Judge Engelmayer:

I received the Order of the Court granting an extension until June 22, 2016 on Thursday, June 16, 2016 and I received a copy of this order from the defendant Glenda Charles' attorney on Friday, June 17, 2016. Thank you for having them forward a copy to me. However, I do not have sufficient time to complete and file my opposition to the defendants' motions.

In addition, my co- plaintiff, Wayne Charles II is out of the country and as you can see by the attached itinerary, he left the country before he could have received the Order of the Court and will not be returning until June 29, 2016 leaving him no opportunity to file his opposition with the Court, if he so chooses.

I am writing to you to request an extension of time until July 5, 2016 for both myself and Wayne Charles II to file our opposition with the Court. I contacted Attorney Peter Dawson, counsel for Pollock & Maguire and he agreed to the proposed extension. I also contacted Attorney Paul Schoemaker, counsel for Glenda Charles who would not agree to the extension.

Therefore, I pray that the Court grant me the extension which will enable me and Wayne Charles II to expedite the Fair Debt Collection Practices Act violation case.

Respectfully,

Wayne Charles
Pro Se

Cc: Peter Dawson, Esq.
    Paul Schoemaker, Esq.
    Wayne Charles II

# M Gmail

**Constance Post Reilly <cgpost914@gmail.com>**

## Itinerary
3 messages

**Gerrie Post** <cgpost914@gmail.com>    Mon, Jun 20, 2016 at 3:56 PM
To: wayneicharles@gmail.com

Hi Wayne

Hi please e mail me a copy of your itinerary . Your father needs to include it with his request for an extension on his and your objections to motions in Judge Englemayer's court. It must be filed tomorrow first thing
Gerrie
Sent from my iPhone

**Wayne Charles II** <wayneicharles@gmail.com>    Mon, Jun 20, 2016 at 4:45 PM
To: Gerrie Post <cgpost914@gmail.com>

Flight on Thursday, 16.06.2016 from New York to Copenhagen Arrive Copenhagen Arrival time 17:50 +1 day
Arrival airport
Copenhagen (CPH)

Departure time 21:55
Departure airport
New York - JFK International, NY (JFK)
Airline company name
Lufthansa
Departure flight duration Duration: 07h 35min
Departure airline logo LH flight
Departure airplane number Flight informationsLH405
Arrival time 11:30 +1 day
Arrival airport
Frankfurt/Main International Airport (FRA)
Cabin class
Economy (X)
Flight layover duration Layover: 05h 00min
Departure time 16:30 +1 day
Departure airport
Frankfurt/Main International Airport (FRA)
Airline company name
Lufthansa
Departure flight duration Duration: 01h 20min
Departure airline logo LH flight
Departure airplane number Flight informationsLH830
Arrival time 17:50 +1 day
Arrival airport
Copenhagen (CPH)
Cabin class
Economy (X)
Flight on Tuesday, 28.06.2016 from Copenhagen to New York

Departure time 06:20
Departure airport
Copenhagen (CPH)
Airline company name
Lufthansa
Departure flight duration Duration: 01h 30min
Departure airline logo LH flight
Departure airplane number Flight informationsLH833
Arrival time 07:50
Arrival airport
Frankfurt/Main International Airport (FRA)
Cabin class
Economy (X)
Flight layover duration Layover: 03h 10min
Departure time 11:00
Departure airport
Frankfurt/Main International Airport (FRA)
Airline company name
Lufthansa
Departure flight duration Duration: 08h 35min
Departure airline logo LH flight
Departure airplane number Flight informationsLH400
Arrival time 13:35
Arrival airport
New York - JFK International, NY (JFK)
Cabin class
Economy (X)

[Quoted text hidden]